# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NORMAN JONES,

        Plaintiff(s),

CASE NUMBER: 05-71176

HONORABLE AVERN COHN

v.

DELPHI AUTOMOTIVE SYSTEMS CORP.,
et al,

        Defendant(s).

_____/

## ORDER FOR ADMINISTRATIVE CLOSING
## DUE TO BANKRUPTCY STAY

On October 12, 2005, the Court was notified that the above-named Defendant declared bankruptcy.

IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion by any party or by stipulation of the parties.


Dated: October 14, 2005

  s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2005, by electronic and/or ordinary mail.

  s/Julie Owens
Case Manager
(313) 234-5160